SEALED

FILED

NOV 19 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

ARTHUR EDWARD SUAREZ JR.,
a/k/a "Norteno,"
a/k/a "Arthur Suarez,"
a/k/a "Asrthur Suarewz,"
a/k/a "Arthor Edward Jr.,"
KENDRA DEANNE
SINGLETARY,
a/k/a "Kendra Thutty Bell,"
a/k/a "Kendra Thuggy,"
a/k/a "Kendra Bell-Singletary,"
a/k/a "Kendra Deanne Crank,"
a/k/a "$thegreatlabarski,"
a/k/a "$33RoseGold33,"
a/k/a "$criptalka57,"
a/k/a "Kendra Ball,"
DANA MICHAELLE STOKES,
a/k/a "Dana Michelle Stokes,"
a/k/a "Dana Stokes-Joiner,"
a/k/a "Dana Dana Stokes-Joiner,"
TONY EUGENE BAHE,
NATHAN ALLEN LEWELLING,
a/k/a "Nate,"
KENNETH WAYNE TONEY,
a/k/a "Toney Tiger,"
OSMAN ROLANDO SANCHEZ,
a/k/a "Nino,"
a/k/a "Nino KSR Sanchez,"
a/k/a "Osman Orlando Sanchez,"
KYLA MARISA BRADFORD,
JEREMY NATHANIEL STAGE,
a/k/a "Popeye,"
a/k/a "Nathaniel Jeremy Stage,"

              Defendants.

Case No. 24 CR - 372 SEH

## FILED UNDER SEAL

## INDICTMENT
[COUNT ONE: 21 U.S.C. §§ 846,
841(b)(1)(A)(viii), 841(b)(1)(C),
856(b), and 843(d)(1) – Drug
Conspiracy;
COUNTS TWO through SEVEN:
21 U.S.C. §§ 841(a)(1) and
841(b)(1)(B)(viii) – Distribution of
Methamphetamine;
COUNT EIGHT: 21 U.S.C.
§§ 841(a)(1) and 841(b)(1)(A)(viii) –
Possession of Methamphetamine
with Intent to Distribute;
COUNT NINE: 21 U.S.C.
§§ 841(a)(1) and 841(b)(1)(C) –
Possession of Methamphetamine
with Intent to Distribute;
COUNTS TEN and ELEVEN: 21
U.S.C. §§ 856(a)(1) and 856(b) –
Maintaining a Drug-Involved
Premises;
COUNTS TWELVE through
THIRTY-ONE: 21 U.S.C. §§ 843(b)
and 843(d)(1) – Use of a
Communication Facility in
Committing, Causing, and
Facilitating the Commission of a
Drug Trafficking Felony; and
Forfeiture Allegation: 21 U.S.C.
§ 853 – Drug Forfeiture]

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**[21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C), 856(b), and 843(d)(1)]**

From in or about March 2024 and continuing to October 9, 2024, in the Northern District of Oklahoma and elsewhere, the defendants, **ARTHUR EDWARD SUAREZ JR.**, a/k/a "Norteno," a/k/a "Arthur Suarez," a/k/a "Asrthur Suarewz," a/k/a "Arthor Edward Jr.," **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," **DANA MICHAELLE STOKES**, a/k/a "Dana Michelle Stokes," a/k/a "Dana Stokes-Joiner," a/k/a "Dana Dana Stokes-Joiner," **TONY EUGENE BAHE**, **NATHAN ALLEN LEWELLING**, a/k/a "Nate," **KENNETH WAYNE TONEY**, a/k/a "Toney Tiger," **OSMAN ROLANDO SANCHEZ**, a/k/a "Nino," a/k/a "Nino KSR Sanchez," a/k/a "Osman Orlando Sanchez," **KYLA MARISA BRADFORD**, **JEREMY NATHANIEL STAGE**, a/k/a "Popeye," a/k/a "Nathaniel Jeremy Stage," together and with others known and unknown to the Grand Jury, willfully, knowingly, and intentionally combined, conspired, confederated, and agreed, each with the other, to commit offenses against the United States as follows:

1. To distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1);

2.  To possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1);

3.  To possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1);

4.  To use and maintain a drug involved premises for the purpose of distributing and using methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 856(a)(1); and

5.  To use a communication facility in committing, causing, and facilitating the commission of any felony involving the manufacture, possession with intent to distribute, and distribution of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 843(b).

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii),

841(b)(1)(C), 856(b), and 843(d)(1).

3

<u>COUNT TWO</u>
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about March 28, 2024, in the Northern District of Oklahoma, the defendant, **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

4

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about April 9, 2024, in the Northern District of Oklahoma, the defendant,

**KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

<u>COUNT FOUR</u>
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about May 13, 2024, in the Northern District of Oklahoma, the defendant,

**KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra

Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a

"$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra

Ball," knowingly and intentionally distributed 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

6

<u>COUNT FIVE</u>
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about May 29, 2024, in the Northern District of Oklahoma, the defendant,

**KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra

Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a

"$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra

Ball," knowingly and intentionally distributed 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

## COUNT SIX
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]**

On or about June 5, 2024, in the Northern District of Oklahoma, the defendant,

**KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra

Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a

"$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra

Ball," knowingly and intentionally distributed 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

## COUNT SEVEN
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about July 9, 2024, in the Northern District of Oklahoma, the defendant,

**KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHT
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]**

On or about October 1, 2024, in the Northern District of Oklahoma, the

defendant, **ARTHUR EDWARD SUAREZ JR**., a/k/a "Norteno," a/k/a "Arthur

Suarez," a/k/a "Asrthur Suarewz," a/k/a "Arthor Edward Jr.," knowingly and

intentionally possessed with intent to distribute 500 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii).

## COUNT NINE
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

On or about October 9, 2024, in the Northern District of Oklahoma, the

defendant, **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell,"

a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne

Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57,"

a/k/a "Kendra Ball," knowingly and intentionally possessed with intent to distribute

a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

11

### COUNT TEN
**[21 U.S.C. §§ 856(a)(1) and 856(b)]**

From in or about March 2024 through on or about October 9, 2024, in the Northern District of Oklahoma, the defendant, **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," knowingly used and maintained a place located at 2159 North Hartford Avenue, Apartment C, in Tulsa, Oklahoma, for the purpose of distributing methamphetamine.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## COUNT ELEVEN
**[21 U.S.C. §§ 856(a)(1) and 856(b)]**

From in or about September 2024 through on or October 9, 2024, in the Northern District of Oklahoma, the defendant, **KYLA MARISA BRADFORD**, knowingly used and maintained a place located at 1101 North Oswego Avenue in Tulsa, Oklahoma, for the purpose of distributing methamphetamine.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## COUNTS TWELVE through THIRTY-ONE
### [21 U.S.C. §§ 843(b) and 843(d)(1)]

On or about the dates listed below, in the Northern District of Oklahoma, the defendants, **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," **DANA MICHAELLE STOKES**, a/k/a "Dana Michelle Stokes," a/k/a "Dana Stokes-Joiner," a/k/a "Dana Dana Stokes-Joiner," **TONY EUGENE BAHE**, **NATHAN ALLEN LEWELLING**, a/k/a "Nate," **KENNETH WAYNE TONEY**, a/k/a "Toney Tiger," **OSMAN ROLANDO SANCHEZ**, a/k/a "Nino," a/k/a "Nino KSR Sanchez," a/k/a "Osman Orlando Sanchez," **KYLA MARISA BRADFORD**, **JEREMY NATHANIEL STAGE**, a/k/a "Popeye," a/k/a "Nathaniel Jeremy Stage," and others known to the Grand Jury, knowingly and intentionally used a communication facility, that is, a telephone (cellular or otherwise), in committing, causing, and facilitating the commission of acts constituting felonies under Title 21, United States Code, Sections 841 and 846, in that the defendants used the telephones to discuss various matters concerning the conspiracy to possess with intent to distribute and to distribute methamphetamine and cocaine, Schedule II controlled substances, as set forth in the chart below:

14

| COUNT | DATE | DEFENDANTS | DESCRIPTION OF CALL | Session # /Social Media Application |
|---|---|---|---|---|
| 12 | 03-01-24– 03-24-24 | **Singletary** and **Stokes** | **Stokes** tells **Singletary** she had "500" for **Singletary** and needs the drug proceeds from **Singletary** | **Singletary** FB account |
| 13 | 03-03-24– 03-09-24 | **Singletary** and **Stage** | **Singletary** and **Stage** discuss the "bread" (money) owed by Stage to **Singletary** so **Singletary** can "reup" (resupply of methamphetamine) | **Singletary** FB account |
| 14 | 03-03-24- 03-25-24 | **Singletary** and **Toney** | **Toney** asks **Singletary** for an ounce and **Singletary** says she has a "Michael Vick" (7 grams) **Toney** talks with **Singletary** about a Glock firearm | **Singletary** FB account |
| 15 | 09-14-24 | **Singletary** and **Bahe** | **Singletary** discusses giving **Bahe** "bread" (money) and **Bahe** needing to "re-up" (resupply with methamphetamine) | TT1 Session #231 |
| 16 | 09-14-24 | **Singletary** and **Sanchez** (a/k/a Nino) | **Sanchez** tells **Singletary** "I'm going to slide you now" and **Singletary** needs to hold onto a "strap" (gun) | TT1 Session #s 260, 268 |
| 17 | 09-19-24 | **Singletary** and an Unknown Male (a/k/a Donkey) | Donkey offers to trade a firearm for an ounce of methamphetamine from **Singletary** | TT1 Session #1086 |
| 18 | 09-20-24 | **Singletary** and **Stokes** | **Singletary** and **Stokes** discuss money owed by **Singletary** | TT1 Session #s 1539, 1549, 1554 |

| COUNT | DATE | DEFENDANTS | DESCRIPTION OF CALL | Session # /Social Media Application |
|---|---|---|---|---|
| 19 | 09-23-24 | **Singletary** and **Stage** (a/k/a Popeye) | **Stage** and **Singletary** discuss drugs requested by **Stage** | TT1 Session # 2257 |
| 20 | 09-25-24 | **Singletary** and **Stage** (a/k/a Popeye) | **Singletary** asks if **Stage** has the money owed for drugs | TT1 Session # 2763 |
| 21 | 09-25-24 | **Singletary** and **Stokes** | **Singletary** and **Stokes** discuss meeting up to exchange drug proceeds and **Stokes** states "he's yelling at me" and to "give him the two-thousand ($2000)" | TT1 Session #s 2807, 2812 |
| 22 | 09-25-24 | **Singletary** and **Lewelling** | **Lewelling** tells **Singletary** that he needs "a full one (1)" (methamphetamine) and they discuss a meeting location and time | TT1 Session #s 2808, 2813-2815 |
| 23 | 09-26-24 | **Singletary** and **Lewelling** | **Lewelling** informs **Singletary** that "I need the same thing as before, if you can." (referencing **Singletary** supplying **Lewelling** with methamphetamine) | TT1 Session # 2967 |
| 24 | 09-26-24 | **Singletary** and **Stokes** | **Singletary** and **Stokes** discuss meeting at **Bradford's** house to exchange drug proceeds | TT1 Session # 2958 |
| 25 | 09-26-24 | **Singletary** and **Stage** | **Stage** tells **Singletary** "I got your money" then tells **Singletary** "and need" (meaning he needs more methamphetamine) | TT1 Session #s 2984, 2986 |

| COUNT | DATE | DEFENDANTS | DESCRIPTION OF CALL | Session # /Social Media Application |
|---|---|---|---|---|
| 26 | 09-28-24 | **Singletary** and **Stokes** | **Singletary** and **Stokes** discuss meeting up at **Bradford's** to exchange drug proceeds | TT1 Session #s 3642, 3634 |
| 27 | 09-30-24 | **Singletary** and **Stage** | **Stage** contacts **Singletary** about buying methamphetamine; **Singletary** responds she has to meet with her source of supply first | TT1 Session #s 4056, 4090, 4103 |
| 28 | 10-03-24 | **Singletary** and **Bahe** | **Singletary** and **Bahe** discuss drug proceeds and resupplying **Singletary** with an "elbow" or a pound of methamphetamine | TT1 Session #s 5015, 5029, 5037 |
| 29 | 10-04-24 | **Singletary** and **Stokes** | **Stokes** tells **Singletary** that she needs the drug proceeds | TT1 Session # 5236 |
| 30 | 10-05-24 | **Singletary** and an unknown source | **Singletary** discusses with an unknown source about being resupplied with a kilogram of methamphetamine | TT1 Session #s 5406, 5418, 5426 |
| 31 | 10-09-24 | **Singletary** and unknown male "Willis" | **Singletary** and Willis discuss **Singletary** making a prison drop of methamphetamine | TT1 Session #s 6373, 6413 |

All in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## FORFEITURE ALLEGATION
### [21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offenses alleged in this Indictment, as a part of their sentences, the defendants, **ARTHUR EDWARD SUAREZ JR.**, a/k/a "Norteno," a/k/a "Arthur Suarez," a/k/a "Asrthur Suarewz," a/k/a "Arthor Edward Jr.," **KENDRA DEANNE SINGLETARY**, a/k/a "Kendra Thutty Bell," a/k/a "Kendra Thuggy," a/k/a "Kendra Bell-Singletary," a/k/a "Kendra Deanne Crank," a/k/a "$thegreatlabarski," a/k/a "$33RoseGold33," a/k/a "$criptalka57," a/k/a "Kendra Ball," **DANA MICHAELLE STOKES**, a/k/a "Dana Michelle Stokes," a/k/a "Dana Stokes-Joiner," a/k/a "Dana Dana Stokes-Joiner," **TONY EUGENE BAHE**, **NATHAN ALLEN LEWELLING**, a/k/a "Nate," **KENNETH WAYNE TONEY**, a/k/a "Toney Tiger," **OSMAN ROLANDO SANCHEZ**, a/k/a "Nino," a/k/a "Nino KSR Sanchez," a/k/a "Osman Orlando Sanchez," **KYLA MARISA BRADFORD**, **JEREMY NATHANIEL STAGE**, a/k/a "Popeye," a/k/a "Nathaniel Jeremy Stage," shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
MANDY M. MACKENZIE
Assistant United States Attorney

 */s/ Grand Jury Foreperson*
Grand Jury Foreperson