IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-CR-372-SEH-7 |
| OSMAN ROLANDO SANCHEZ | |
| Defendant. | |

### Order Granting Writ of Habeas Corpus Ad Prosequendum

Before the Court is the Petition for Writ of Habeas Corpus Ad Prosequendum [ECF No. 124] filed herein by Mandy M. Mackenzie, Assistant United States Attorney, whereby it appears that Osman Rolando Sanchez is defendant in a certain case in this Court, which is assigned for initial appearance and his presence is required forthwith, and for the duration of this case. It further appearing that Osman Rolando Sanchez is a prisoner and confined in the David L. Moss Criminal Justice Center, Tulsa, Oklahoma and is under the control and in the charge and custody of the Sheriff of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition [ECF No. 124] is **granted**. A Writ of Habeas Corpus Ad Prosequendum shall issue out of and under the seal of this Court, directed to the Sheriff of the David L. Moss Criminal Justice Center, Tulsa, Oklahoma commanding him to deliver the body of Osman Rolando Sanchez to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, upon delivery to said Sheriff of said writ, and that the United States Marshal, deputy, or agent shall produce the body of Osman Rolando Sanchez to the United States District Court forthwith, in a certain case wherein the United States of America is plaintiff and Osman Rolando Sanchez is defendant, and that upon completion of this case, the United States Marshal, deputy, or agent shall return the body of Osman Rolando Sanchez to the aforesaid Sheriff.

DATED this 13th day of February, 2025.

Sara E. Hill
UNITED STATES DISTRICT JUDGE