IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | |
| vs. | | Case No.: 4:24-CR-372-SEH-7 |
| Osman Orlando Sanchez | Defendant(s). | **Criminal Information Sheet & Minutes** |

Date: 2/25/2025　　　　　　　　　　　　　　　　　　Interpreter: ☐ Yes ☒ No

Magistrate Judge Steele　　　Deputy Lynn Tiefenthaler　　　USPO G. Russell

Date of Arrest: 2/25/2025　　Arrested by: USMS　　　　☒ Detention requested by AUSA

Bail Recommendation:　　　　☐ Unsecured

Additional Conditions of Release Recommendation:
- ☐ a. ☐ b. _____
- ☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h
- ☐ i. ☐ j. ☐ k. ☐ l.
- ☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
- ☐ n. _____
- ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
- ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w. (☐ 1, ☐ 2)
- ☐ x. (other) _____

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☒ Yes ☐ No

Defendant's Attorney: David Youll　　　　☐ FPD; ☒ Ct Appt; ☐ Ret Cnsl;
　　　　　　　　　　　　　　　　　　　　☐ Counsel not present, to be appt on appearance

AUSA: Mandy Mackenzie

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appeared in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☒ Financial Affidavit received and FPD/CJA appointed

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____ _____ _____ _____
First/Fore-/Given Name(s)　　Middle Name(s)　　Last/Sur-/Family Name(s):　　Suffix

☐ Government requested; and ☐ Court ordered:
　　☐ Defendant's name be added as an a/k/a
　　☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☒ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☒ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☒ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant detained and remanded to custody of U.S. Marshal:
　　☒ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☒ Motion for Detention # 127 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

☒ Motion for Hearing # 128 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

Additional Minutes: _____
_____

Criminal Information Sheet CR-24 (07/2024)