UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | |
|---|---|
| Plaintiff, | Case No.: 24-cr-00372-SEH-7 |
| vs. | **ORDER: RULE 5 "BRADY" DISCLOSURE** |
| Osman Rolando Sanchez, | |
| Defendant(s). | |

As required by Fed. R. Crim. P. 5(f)(1) and N.D. Okla. General Order 21-01, the Court confirms the disclosure obligation of the prosecutor under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to comply with that obligation in this case. Failure to timely comply may result in consequences, including but not limited to exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

IT IS SO ORDERED this February 25, 2025.

_____
Mark T. Steele, U.S. Magistrate Judge