AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~ Case unsealed 12/10/2024

FILED
FEB 26 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

USMS-N/OK RCVD:
NOV 20 2024 PM 1:38

United States of America
v.
OSMAN ROLANDO SANCHEZ,
a/k/a "Nino,"
a/k/a "Nino KSR Sanchez,"
a/k/a "Osman Orlando Sanchez,"
*Defendant*

Case No. 24 CR - 372 SEH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OSMAN ROLANDO SANCHEZ, a/k/a "Nino" a/k/a "Nino KSR Sanchez" a/k/a "Osman Orlando Sanchez"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C), 856(b), and 843(d)(1) – Drug Conspiracy;
21 U.S.C. § 853 – Drug Forfeiture

Date: NOV 20 2024

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/25, and the person was arrested on *(date)* 2/25/25
At *(city and state)* TULSA, OK
Date: 2/25/25

*Arresting officer's signature*

WELCH USM
*Printed name and title*

MM/ad